UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LORD JOHNSON #471435,  )<br>　　　　　Plaintiff,　　) <br>　　　　　　　　　　　) <br>v.　　　　　　　　　　) <br>　　　　　　　　　　　) <br>KRYSTAL HARTER and　) <br>TIM GOUGH,　　　　　) <br>　　　　　Defendants.　) <br>　　　　　　　　　　　) | No. 2:20-cv-74 <br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 26, 2022　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge